■    In the Matter of S. WILLIAM KLEIN, Appellant, v FRANCES KLEIN, Respondent.—In a support proceeding, petitioner appeals from so much of an order of the Family Court, Kings County, dated April 20, 1976, as, after a hearing, (1) fixed the amount of support for the respondent wife at $75 per week and (2) awarded a counsel fee in the amount of $1,625. Order modified, on the facts, by reducing the amount of support to $50 per week and by reducing the counsel fee to $1,000. As so modified, order affirmed insofar as appealed from, without costs or disbursements. The awards of support and

counsel fees were excessive to the extent indicated herein. Martuscello, Acting P. J., Latham, Cohalan and Margett, JJ., concur.